IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARILYN LIM,<br>　　Plaintiff, | § § § | |
| V. | § | No. 3:24-CV-3088-N-BW |
| SCI TEXAS FUNERAL SERVICES, INC.,<br>　　Defendant. | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and will by separate judgment dismiss this action without prejudice pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED**.

**DATE: May 30, 2025.**

_____
DAVID C. GODBEY
UNITED STATES CHIEF DISTRICT JUDGE